UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80602-CV-MIDDLEBROOKS

CGP CANADIAN, LTD; CGSK TULIA, LTD;
CGP SEYMOUR, LTD; CGP OROFINO, LLC;
CGP COMANCHE, LTD; CGP JACKSBORO, LTD;
CGP CONTULLA, LTD; CGP PROSSER, LLC;
CGP CLIFTON, LTD,

      Plaintiffs,

v.

SUN CAPITAL PARTNERS GROUP, INC.; SUN
CAPITAL PARTNERS, IV, LP; SUN CAPITAL
MANAGEMENT, LLC; and KLA-SHOPKO, LLC,

      Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Stay, filed on June 11, 2019. (DE 11).

This is an action for RICO violations, fraud, and unjust enrichment initiated on May 6, 2019 by a group of entities formed to develop individual Shopko retail stores. Plaintiffs allege that Defendants, private investment entities and their management companies, operated ShopKo Stores, Inc. as their own bank account after acquiring the company in 2005. (DE 1 ¶¶ 17, 24). ShopKo Stores, Inc. ("ShopKo") filed for bankruptcy on January 9, 2019. (DE 1 ¶ 71).

The Parties state that the Bankruptcy Court confirmed a Chapter 11 Plan on June 11, 2019. (Motion ¶ 5). That plan incorporates a settlement, to which Plaintiffs in this action objected. (Mot. ¶ 6). Defendants Sun Capital Partners, Group, Inc. and Sun Capital Partners IV, LP (jointly, the "Sun Parties"), Plaintiffs, and ShopKo negotiated a resolution of the objection, and this resolution is reflected in the Bankruptcy Court's confirmation order. (Mot. ¶¶ 7–8).

According to the Parties, this resolution provides a procedure by which the Sun Parties may move the Bankruptcy Court for a determination of whether the causes of action in this suit are the

property of the ShopKo bankruptcy estate and thus subject to an automatic stay. (Mot. ¶ 9). As part of the resolution, the Bankruptcy Court's confirmation order provides that this action shall be stayed (and Defendant's time to respond to the Complaint shall be extended) until the earlier of a) the expiration of the 30-day period for the Sun Parties to move for such a determination or b) 30 days after entry of the ruling of the Bankruptcy Court *or* 30 days after *either* entry of such a determination by the Bankruptcy Court or expiration of any stay pending appeal of the Bankruptcy Court's determination. (Mot. ¶ 10).

In order to permit the Parties to proceed with the resolution reached before the Bankruptcy Court, I find good cause to stay this action as requested. Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) The Parties' Joint Motion for Stay (DE 11) is **GRANTED**.

(2) The Clerk of Court shall **ADMINISTRATIVELY CLOSE THIS CASE**.

(3) This matter shall be reopened upon notice from one or all Parties regarding the progress of the bankruptcy proceedings.

**SIGNED** in Chambers in West Palm Beach, Florida, this *19* day of June, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record