UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80602-CV-MIDDLEBROOKS

CGP CANADIAN, LTD; CGSK TULIA, LTD;
CGP SEYMOUR, LTD; CGP OROFINO, LLC;
CGP COMANCHE, LTD; CGP JACKSBORO, LTD;
CGP CONTULLA, LTD; CGP PROSSER, LLC;
CGP CLIFTON, LTD,

    Plaintiffs,

v.

SUN CAPITAL PARTNERS GROUP, INC.; SUN
CAPITAL PARTNERS, IV, LP; SUN CAPITAL
MANAGEMENT, LLC; and KLA-SHOPKO, LLC,

    Defendants.
_____/

## ORDER ON MOTION TO REOPEN

THIS CAUSE comes before the Court upon the Parties' Joint Request for Limited Reopening of Proceedings, filed on November 5, 2019. (DE 21).

This case was stayed pending the resolution of the Bankruptcy Court's confirmation of a Chapter 11 Plan in a related matter. (DE 15). The Clerk of Court also administratively closed this case. In the Order staying this case, I directed one or all the Parties to file a notice regarding the status of the bankruptcy proceedings and indicating if this case may be reopened. (*Id.*).

On October 11, 2019, Plaintiffs filed a First Amended Complaint. (DE 16). However, Plaintiffs did not file the required notice regarding the status of the bankruptcy proceedings.

On October 24, 2019, the Parties filed a status report indicating that issues remain active in the bankruptcy case preventing the reopening of this matter. (DE 17). Accordingly, the Parties jointly requested for the prior stay order to remain in effect. (DE 15; DE 17 at 6). That request was granted, and the Parties were directed to file the *notice* required by the prior stay order (DE 15) upon the resolution of

the relevant bankruptcy proceedings. (DE 18). In that Order, Plaintiffs' First Amended Complaint was also stricken. (*Id.*)

On November 1, 2019, Plaintiffs filed a notice indicating the status of the bankruptcy proceedings. (DE 19). Specifically, Plaintiffs indicate that the Bankruptcy Court is currently considering whether the claims Plaintiffs attempt to bring in this lawsuit belong to Plaintiffs or the bankruptcy estate. (*Id.*). The same day Plaintiffs filed the notice, they also re-filed their First Amended Complaint. (DE 20). They did this even though the Bankruptcy Court has not issued a final ruling as to whether Plaintiffs may bring the present lawsuit. (DE 21 at 2-3).

In the present Motion, the Parties jointly request for this case to be re-opened for the sole purpose of allowing Plaintiffs to file the First Amended Complaint. (*Id.* at 3). I will not re-open the case. Instead, I acknowledge the First Amended Complaint (DE 20) and will treat that Complaint as the operative complaint.

*The Parties shall file a joint notice when the Bankruptcy Court issues a **final order** regarding whether Plaintiffs may bring this lawsuit, as described in the First Amended Complaint.*

Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The Parties Joint Motion to Reopen (DE 21) is **DENIED.**

(2) The Court will treat Plaintiffs' First Amended Complaint (DE 20) as the operative complaint.

(3) This case remains **ADMINISTRATIVELY CLOSED.**

(4) This matter shall be reopened upon joint notice that the Bankruptcy Court has resolved the underlying issue, i.e., whether Plaintiffs may bring this lawsuit.

**SIGNED** in Chambers in West Palm Beach, Florida, this 7 day of November, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

2