**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 19-80602-CV-MIDDLEBROOKS

CGP CANADIAN, LTD, et al.,

    Plaintiffs,

v.

SUN CAPITAL PARTNERS GROUP, INC., et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Notice Regarding Reopening of Proceedings and Stipulation of Dismissal, filed on April 8, 2021. (DE 23). This matter was previously administratively closed after having been stayed pending the resolution of the Bankruptcy Court's confirmation of a Chapter 11 Plan in a related matter. (DE 15). I later advised the Parties that "[t]his matter shall be reopened upon joint notice that the Bankruptcy Court has resolved the underlying issue, i.e., whether Plaintiffs may bring this lawsuit." (DE 22). Now, the Parties represent that the Bankruptcy Court "has issued a final order . . . finding that the claims asserted in this proceeding are property of the . . . bankruptcy estate, and that all appeals from that final order have been resolved." (DE 23 at 1). The Parties therefore request that this action be reopened for the purpose of dismissing it with prejudice. (*Id.* at 1–2). According to the Joint Notice and Stipulation, "the Parties stipulate that this proceeding is voluntarily dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." (*Id.* at 2). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The stay is hereby **LIFTED** for the purpose of dismissing this matter pursuant to the Parties' Stipulation.

(2) This case is **DISMISSED WITH PREJUDICE**.

(3) The Clerk of Court, having previously administratively closed this matter, shall now **CLOSE THIS CASE** and **DENY** any pending motions **AS MOOT**.

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 9th day of April, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record